IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TED HAMILTON                                                                                            PLAINTIFF

V.                                        CIVIL NO. 4:12-cv-04039

OFFICER SUMMERVILLE;
OFFICER WISE; SHERIFF
SINGLETON; CPT. GODBOLT;
LT. GLOVER; and SGT. MAULDIN                                                      DEFENDANTS

## MEMORANDUM OPINION

This is a civil rights action filed by Plaintiff, Ted Hamilton, pursuant to the provisions of 42 U.S.C. § 1983.  Plaintiff is currently incarcerated in the Arkansas Department of Corrections Cummins Unit in Grady, Arkansas and proceeds *pro se* and *in forma pauperis* in this matter.

Currently before the Court is a Joint Motion to Dismiss.  ECF No. 40.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 25.  Pursuant to this authority, the Court finds this Motion is ready for decision and issues this memorandum opinion.

Plaintiff filed his Complaint on April 23, 2012 alleging claims against Defendants Sheriff James Singleton, Johnny Godbolt, Stephen Glover, Beronica Mauldin, Pierre Summerville, and Jimmy Wise.  ECF No. 1.  The Court ordered service on all of the Defendants and they filed a joint Answer on November 14, 2012.  ECF No. 15.  The Court granted Defendants leave to depose Plaintiff on January 25, 2013.  ECF No. 32.  On April 8, 2013, the parties filed the instant Joint Motion to Dismiss stating the parties entered into a settlement agreement and requesting Plaintiff's

1

Complaint be dismissed with prejudice pursuant to such settlement agreement.  ECF No. 40.

Accordingly, the Joint Motion to Dismiss (ECF No. 40) is **GRANTED,** and pursuant to Federal Rule of Civil Procedure 41, Plaintiff's Complaint (ECF No. 1) is **DISMISSED** with prejudice.

**IT IS SO ORDERED**  this 8th day of May 2013.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE