IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TED HAMILTON                                                                                    PLAINTIFF

V.                                      CIVIL NO. 4:12-cv-04039

OFFICER SUMMERVILLE;
OFFICER WISE; SHERIFF
SINGLETON; CPT. GODBOLT;
LT. GLOVER; and SGT. MAULDIN                                                    DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Plaintiff's Complaint (ECF No. 1) is **DISMISSED** with prejudice.

**IT IS SO ORDERED this 8th day of May 2013.**

                                                                   /s/ Barry A. Bryant
                                                                   HON. BARRY A. BRYANT
                                                                   U. S. MAGISTRATE JUDGE